*efiled 3/7/07

1    PILLSBURY WINTHROP SHAW PITTMAN LLP
     VERNON H. GRANNEMAN (SBN 083532)
2      Email:  vernon.granneman@pillsburylaw.com
     DIANNE L. SWEENEY (SBN 187198)
3      Email:  dianne.sweeney@pillsburylaw.com
     2475 Hanover Street
4    Palo Alto, CA  94304-1114
     Telephone: (650) 233-4500
5    Facsimile: (650) 233-4545

6    OPPENHEIMER WOLFF & DONNELLY LLP
     GARY HANSEN (*pro hac vice* application pending)
7      Email:  ghansen@oppenheimer.com
     HEATHER N. HOECKE (*pro hac vice* application pending)
8      Email:  hhoecke@oppenheimer.com
     45 South Seventh Street, Suite 3300
9    Minneapolis, MN  55402
     Telephone: (612) 607-7000
10   Facsimile: (612) 607-7100

11   Attorneys for Defendants
     Laserscope and American Medical Systems, Inc.
12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16   _____
                                            )
17   DAVANZIA, S.L., a Spanish corporation,  )   Case No. C07 00247 JF
                                            )
18                            Plaintiff,     )   STIPULATION RE: TIME TO
                                            )   RESPOND TO THE COMPLAINT
19        vs.                                )   AND FILE RULE 12 MOTION
                                            )   PURSUANT TO CIVIL L.R. 6-2; AND
20   LASERSCOPE, INC., a California          )   DATE FOR CASE MANAGEMENT
     corporation, and AMERICAN MEDICAL       )   CONFERENCE
21   SYSTEMS, INC., a Minnesota corporation, )
                                            )   Courtroom: 3
22                            Defendants.     )   Judge:      Hon. Jeremy Fogel
     _____        )
23

24

25

26

27

28
                                -1-            Stipulation Re: Response to the Complaint
                                                                  No. C07 00247 JF

1    Plaintiff Davanzia, S.L. ("plaintiff") and Defendants Laserscope (incorrectly sued

2    herein as "Laserscope, Inc.") and American Medical Systems, Inc. ("defendants"), by and

3    through their counsel, hereby agree and stipulate as follows:

4                                        **RECITALS**

5        1.       Plaintiff served the First Amended Complaint on Defendants on February 6,

6    2007 and Defendants' Answer is due on February 26, 2007.

7        2.       Defendants intend to file a Rule 12 motion in response to the First Amended

8    Complaint and have scheduled a Rule 12 motion for hearing on April 27, 2007.  The

9    plaintiff has agreed to this hearing date.  The parties have further agreed on a briefing

10   schedule for this motion and said schedule complies with the requirements set forth under

11   Civil L.R. 7-2 and 7-3.

12       3.       While the Defendants anticipate that their motion will go to the bulk of

13   Plaintiff's claims, the parties have agreed that to the extent any claim or any portion of any

14   claim is not covered by the Rule 12 motion, no Answer needs to be filed by Defendants at

15   this time.  The Defendants have agreed to file an Answer, Counterclaim and/or any other

16   response allowed under the rules to any remaining claims within ten (10) court days after

17   the efiling of this Court's ruling on its Rule 12 motion.

18       4.       The parties have also agreed to ask this Court to reset the Case Management

19   Conference, originally scheduled for April 20, 2007, so that it will coincide with the

20   hearing date for the Rule 12 motion.

21                                       **STIPULATION**

22       NOW THEREFORE, all parties, through their respective counsel of record, agree

23   and stipulate to the following schedule, subject to the Court's approval:

24       1.       March 12, 2007:  Defendants to e-file its Rule 12 motion.

25       2.       April 3, 2007:  Plaintiff to e-file opposition to the Rule 12 motion.

26       3.       April 10, 2007:  Defendants to e-file reply in support of its Rule 12 motion.

27

28
                                            -2-                    Stipulation Re: Response to the Complaint
                                                                                    No. C07 00247 JF

1      4.      April 27, 2007, 9:00 a.m.:  Oral argument on the Rule 12 motion and Case

2          Management Conference.

3

4

5    Dated:  February 27, 2007.      PILLSBURY WINTHROP SHAW PITTMAN LLP
         VERNON H. GRANNEMAN

6          DIANNE L. SWEENEY
         2475 Hanover Street

7          Palo Alto, California  94304

8          By       /s/ Dianne L. Sweeney
                     Dianne L. Sweeney

9          Attorneys for Defendants
         LASERSCOPE AND

10          AMERICAN MEDICAL SYSTEMS, INC.

11
   Dated:  February 27, 2007.      OPPENHEIMER WOLFF & DONNELLY LLP

12          GARY HANSEN (*pro hac vice* application pending)
         HEATHER N. HOECKE (*pro hac vice* application pending)

13          45 South Seventh Street, Suite 3300
         Minneapolis, MN  55402

14
         By       /s/ Heather N. Hoecke

15                      Heather N. Hoecke
         Attorneys for Defendants

16          LASERSCOPE AND
         AMERICAN MEDICAL SYSTEMS, INC.

17
   Dated:  February 27, 2007.      DLA PIPER US LLP

18          BILL FRIMEL
         MARGARET CRAWFORD

19          2000 University Avenue
         East Palo Alto, CA  94303-2214

20
         By       /s/ Bill Frimel

21                      Bill Frimel
         Attorneys for Plaintiff

22          DAVANZIA, S.L.

23

24
      DECLARATION PURSUANT TO GENERAL ORDER 45, § X.B

25

26

27

28

      Stipulation Re: Response to the Complaint
               No. C07 00247 JF

1    I, DIANNE L. SWEENEY, hereby declare pursuant to General Order 45, § X.B,

2    that I have obtained the concurrence in the filing of this document from each of the other

3    signatories listed above.

4    I declare under penalty of perjury that the foregoing declaration is true and correct.

5    Executed on February 27, 2007, at Palo Alto, California.

6
        /s/ Dianne L. Sweeney
7

8    **[PROPOSED] ORDER**

9    PURSUANT TO STIPULATION, IT IS SO ORDERED.

10       March 2, 2007

11   Dated: ~~February~~--------~~2007~~.

12

13       Hon. Jeremy Fogel
         United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                            -4-                 Stipulation Re: Response to the Complaint
                                                No. C07 00247 JF