WILLIAM J. FRIMEL (Bar No. 160287)
bill.frimel@dlapiper.com
MARGARET A. CRAWFORD (Bar No. 238205)
maggie.crawford@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff
DAVANZIA, S.L.

**E-filed 4/16/07**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVANZIA, S.L., a Spanish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation<br><br>Defendants. | CASE NO. C 07-00247 JF<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR RULE 26(a)(1) INITIAL DISCLOSURES** |

It is hereby stipulated, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS, the deadline for the parties to exchange their initial disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(1) (the "Initial Disclosures") is April 13, 2007;

WHEREAS, there is currently pending between the parties a Motion to Dismiss set for hearing on April 27, 2007 ("Motion to Dismiss"), the outcome of which may significantly alter the nature of this case and the identity of the parties thereto and, in turn, considerably affect the character of the parties' Initial Disclosures;

WHEREAS, an extension of the deadline for making the Initial Disclosures will have no impact on the existing schedule in this matter;

IT IS HEREBY STIPULATED that, pursuant to F.R.C.P. 26(a)(1), the deadline for the

parties' Initial Disclosures is extended to the earlier of:

      (a)    Two (2) weeks from this Court's Order on the Motion to Dismiss; or

      (b)    Three (3) weeks from the hearing on the Motion to Dismiss, that is, May 18, 2007, or any date thereafter, as the Court sees fit.

IT IS SO STIPULATED.

Dated: April 10, 2007

    DLA PIPER US LLP

    By _____
    WILLIAM J. FRIMEL
    MARGARET A. CRAWFORD
    Attorneys for Plaintiff
    PACKETEER, INC.

Dated: April 16, 2007

    OPPENHEIMER WOLFF & DONNELLY LLP
    PILLSBURY WINTHROP SHAW PITTMAN LLP

    By _____
    GARY HANSEN
    HEATHER N. HOECKE
    VERNON H. GRANNEMAN
    DIANNE L. SWEENEY
    Attorneys for Defendants
    LASERSCOPE, INC. AND AMERICAN MEDICAL SYSTEMS, INC.

IT IS HEREBY ORDERED that the foregoing stipulation is approved and adopted as an order of this court.

DATED: __4/16__, 2007

    _____
    JUDGE JEREMY FOGEL,
    United States District Judge