**E-filed 8/29/07**

1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill.frimel@dlapiper.com
2  MARGARET A. CRAWFORD (Bar No. 238205)
   maggie.crawford@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, CA  94303-2215
   Tel:  650.833.2000
5  Fax:  650.833.2001

6  Attorneys for Plaintiff
   DAVANZIA, S.L.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11 | DAVANZIA, S.L., a Spanish corporation, | CASE NO.  C 07-00247 JF
12 |                Plaintiff,              | STIPULATION AND [PROPOSED] ORDER
13 |       v.                               | EXTENDING DEADLINE FOR COMPLETING MEDIATION
14 | LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL
15 | SYSTEMS, INC., a Minnesota corporation
16 |                Defendants.

17

18     It is hereby stipulated, by and between the parties to this action, through their respective

19 counsel of record, as follows:

20     WHEREAS, the deadline for the parties to complete mediation pursuant to the Court's

21 order at the law and motion hearing on April 27, 2007 is August 31, 2007;

22     WHEREAS, due to scheduling conflicts, the first available date on which both parties and

23 their counsel are available for mediation is October 5, 2007;

24     WHEREAS, extending the deadline for the parties to complete mediation will have no

25 impact on the existing schedule in this matter, which the parties have outlined in their April 10,

26 2007 Joint Case Management Statement;

27     IT IS HEREBY STIPULATED that the deadline for the parties to complete mediation is

28

1  extended to October 5, 2007.

2       IT IS SO STIPULATED.

3  Dated: August 7, 2007

4                                              DLA PIPER US LLP

5                                              By /s/ Margaret A. Crawford
                                                  WILLIAM J. FRIMEL
6                                                 MARGARET A. CRAWFORD
                                                  Attorneys for Plaintiff
7                                                 PACKETEER, INC.

8

9  Dated: August 8, 2007                      OPPENHEIMER WOLFF & DONNELLY LLP
                                               PILLSBURY WINTHROP SHAW PITTMAN
10                                             LLP

11                                             By _____
                                                  GARY HANSEN
12                                                HEATHER N. HOECKE
                                                  VERNON H. GRANNEMAN
13                                                DIANNE L. SWEENEY
                                                  Attorneys for Defendants
14                                                LASERSCOPE, INC. AND AMERICAN
                                                  MEDICAL SYSTEMS, INC.
15

16     IT IS HEREBY ORDERED that the foregoing stipulation is approved and adopted as an

17  order of this court.

18  DATED:   8/27/07   , 2007              _____
                                            JUDGE JEREMY FOGEL,
19                                          United States District Judge

20

21

22

23

24

25

26

27

28