**E-Filed 10/23/2007**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVANZIA, S.L., a Spanish corporation,<br><br>             Plaintiff,<br><br>             v.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>             Defendants.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>             Cross-Complainants,<br><br>             v.<br><br>DAVANZIA, S.L., a Spanish corporation,<br><br>             Cross-Defendant. | Case Number C 07-00247 JF<br><br>ORDER[1] DENYING MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE ANSWER TO SECOND AMENDED COMPLAINT<br><br>[re: docket nos. 58, 61] |

      Defendant, Laserscope, Inc. ("Laserscope") moves to change the hearing date on Plaintiff's Motion to Strike Answer to Second Amended Complaint. The hearing date on the

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C07-00247
ORDER DENYING MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE ANSWER TO SECOND AMENDED COMPLAINT
(JFLC1)

motion to strike already has been continued from October 16 to November 9.  Laserscope now seeks to continue the hearing for an additional three weeks to accommodate counsel's vacation schedule.  Having reviewed and fully considered the matter, and in light of the numerous matters that have been and will be litigated by the parties, the Court concludes that a further continuance is unwarranted and would cause undue delay in the discovery process.  Counsel may appear by telephone, or the Court may consider the motion to strike without oral argument.

## IV.  ORDER

Good cause therefor appearing, IT IS HEREBY ORDERED that the motion for continuance is DENIED.

DATED: October 23, 2007.

_____
JEREMY FOGEL
United States District Judge

2

Case No. C C07-00247
ORDER DENYING MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE ANSWER TO SECOND AMENDED COMPLAINT
(JFLC1)

1  This Order has been served upon the following persons:

2
3  William J. Frimel          bill.frimel@dlapiper.com

   Margaret A. Crawford       maggie.crawford@dlapiper.com
4
   Vernon H. Granneman        vernon.granneman@pillsburylaw.com
5
   Dianne L. Sweeney          dianne.sweeney@pillsburylaw.com
6
   Gary Hansen    ghansen@oppenseimer.com
7
   Heather N. Hoecke          hhoecke@oppenheimer.com
8

3

Case No. C C07-00247
ORDER DENYING MOTION TO CHANGE HEARING DATE ON PLAINTIFF'S MOTION TO STRIKE ANSWER
TO SECOND AMENDED COMPLAINT
(JFLC1)