**E-Filed 1/30/2008**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| DAVANZIA, S.L., a Spanish corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>        Defendants.<br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>        Cross-Complainants,<br><br>    v.<br><br>DAVANZIA, S.L., a Spanish corporation,<br><br>        Cross-Defendant. | Case Number C 07-247<br><br>ORDER[1] RE REQUEST FOR CLARIFICATION |

Counsel for Laserscope, Inc. ("Laserscope") and American Medical Systems, Inc.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-247
ORDER RE REQUEST FOR CLARIFICATION
(JFLC1)

1   ("AMS") seeks clarification of the Court's Order dated January 22, 2008 granting Davanzia, S.L.
2   ("Davanzia") leave to amend its complaint. Laserscope is a wholly owned subsidiary of AMS.
3   AMA twice has moved to dismiss Davanzia's complaint in its entirety. On April 27, 2008, the
4   Court granted AMS's motion without prejudice on the grounds that Davanzia had not sufficiently
5   alleged an alter ego relationship between Laserscope and AMS. On July 30, 2007, the Court
6   dismissed the claims asserted against AMS in the Second Amended Complaint explaining, "it is
7   possible that discovery will reveal additional facts relevant to the negotiation of the Agreement or
8   the relationship between AMS and Davanzia. Accordingly, the motion to dismiss will be granted
9   without prejudice to a future motion for leave to amend should discovery reveal such relevant
10  facts." The Court also dismissed with leave to amend Davanzia's claims for damages based on
11  termination of the Authorized International Distributor Agreement ("the Agreement") between
12  Davanzia and Laserscope. On January 9, 2008, Davanzia filed a motion for leave to amend its
13  Second Amended Complaint, arguing that amendment was necessary because during discovery it
14  had become aware of facts supporting a claim that Laserscope had breached the exclusivity
15  provision of the Agreement. The Court granted the motion without oral argument. Davanzia's
16  Third Amended Complaint asserts claims against ASA without including any new allegations
17  regarding its termination claim ASA's alter-ego status or its involvement in any of the alleged
18  dealings with Davanzia.
19      Counsel for Laserscope and ASA requests confirmation that this Court's Order of July
20  30, 2007 applies to all parties and all claims that were dismissed by that Order and are reasserted
21  in the Third Amended Complaint. The Court confirms that all claims against ASA and the
22  termination claim against all parties were dismissed without prejudice. Davanzia has not added
23  any additional allegations with respect to the dismissed claims. The inclusion of these claims in
24  the Third Amended Complaint was inappropriate and the Court thereby CLARIFIES its order
25  dated January 22, 2008 by striking the allegations from the Third Amended Complaint.

### IV.  ORDER

IT IS SO ORDERED.

1
2
3  DATED: January 30, 2008.

5  _____
   JEREMY FOGEL
6  United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

Case No. C 07-247
ORDER RE REQUEST FOR CLARIFICATION
(JFLC1)

This Order has been served upon the following persons:

William J. Frimel     bill.frimel@dlapiper.com

Margaret A. Crawford     maggie.crawford@dlapiper.com

Dianne L. Sweeney     dianne@pillsburylaw.com

Gary Hansen     ghansen@oppenheimer.com

Heather N. Hoecke     hhoecke@oppenheimer.com