WILLIAM J. FRIMEL (Bar No. 160287)
bill.frimel@dlapiper.com
MARGARET A. CRAWFORD (Bar No. 238205)
maggie.crawford@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff and Cross-Defendant
DAVANZIA, S.L.

*E-filed 1/30/08*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DAVANZIA, S.L., a Spanish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>Defendants.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>Cross-Complainants,<br><br>v.<br><br>DAVANZIA, S.L., a Spanish corporation,<br><br>Cross-Defendant. | CASE NO. C 07-00247 JF<br><br>**STIPULATION AND *AMENDED* ORDER SHORTENING TIME FOR HEARING ON DAVANZIA'S MOTION TO COMPEL FURTHER RESPONSES AND THE PRODUCTION OF DOCUMENTS**<br><br>Date: Feb. 19, 2008<br>Time: 10:00 a.m.<br>Dept: Courtroom 2, 5th Floor<br>Judge: The Honorable Howard R. Lloyd |

| | |
|---|---|
| 1 | Pursuant to Local Rules 6-2 and 7-12, Plaintiff Davanzia S.L. ("Davanzia"), on the one |
| 2 | hand, and Defendant Laserscope, Inc. ("Laserscope"), on the other hand, through their respective |
| 3 | counsel of record, stipulate as follows: |
| 4 | WHEREAS, Davanzia's Motion for Partial Summary Judgment will be heard on February |
| 5 | 15, 2008 at 9:00 a.m. in Department 3 of this Court; |
| 6 | WHEREAS, lead counsel for Laserscope resides in Minnesota; |
| 7 | WHEREAS, lead counsel for Laserscope will be in San Jose, California on February 15, |
| 8 | 2008, to appear in opposition of Davanzia's Motion for Partial Summary Judgment; |
| 9 | WHEREAS, the parties have attempted to resolve the issues related to Davanzia's |
| 10 | document request to Laserscope without complete success. |
| 11 | WHEREAS, the earliest date for a hearing on a regularly noticed motion to compel is |
| 12 | March 4, 2008; |
| 13 | WHEREAS, the discovery deadline in this matter is currently set for March 31, 2008; |
| 14 | WHEREAS, several depositions will occur throughout February and March 2008 that may |
| 15 | require use of documents sought by Davanzia's Motion to Compel; |
| 16 | WHEREAS, through previous stipulations and Court orders, time requirements have been |
| 17 | modified 3 times: extending time to respond to complaint (Docket Entry 17), extending deadline |
| 18 | for Rule 26(a) initial disclosures (D.E. 32), and extending time for mediation (D.E. 49); |
| 19 | WHEREAS, shortening time for the hearing on Davanzia's Motion to Compel will not |
| 20 | adversely impact the existing schedule in this matter, but will help discovery proceed; |
| 21 | WHEREAS, Davanzia has filed herewith a declaration in compliance with Local Rule 6- |
| 22 | 2(a). |
| 23 | IT IS HEREBY STIPULATED that Davanzia's Motion to Compel should be heard on |
| 24 | shortened time. The parties' first preference is to have the Motion to Compel heard on February |
| 25 | 15, 2008, with Laserscope filing its opposition to the Motion to Compel on February 7, 2008, and |
| 26 | with Davanzia filing its reply on February 12, 2008. As an alternative, if these dates are not |
| 27 | convenient to the Court, the parties are available to have the Motion to Compel heard on February |
| 28 | 19, 2008, with Laserscope filing its opposition to the Motion to Compel on February 8, 2008, and |

with Davanzia filing its reply on February 14, 2008. Davanzia's Motion to Compel is filed herewith.

IT IS SO STIPULATED.

Dated: January 28, 2008

DLA PIPER US LLP

By /s/ Margaret A. Crawford
WILLIAM J. FRIMEL
MARGARET A. CRAWFORD
Attorneys for Plaintiff
DAVANZIA, S.L.

Dated: January 28, 2008

OPPENHEIMER WOLFF & DONNELLY LLP
PILLSBURY WINTHROP SHAW PITTMAN LLP

By _____
GARY HANSEN
HEATHER N. HOECKE
VERNON H. GRANNEMAN
DIANNE L. SWEENEY
Attorneys for Defendants
LASERSCOPE, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties have complied with Local Rules 6-2 and 7-12. Davanzia's Motion to Compel will be heard on shortened time. Davanzia's Motion to Compel has been filed herewith. Laserscope shall file its opposition to Davanzia's Motion to Compel on February 6, 2008. Davanzia shall file its reply on February 11, 2008. The Court will hear Davanzia's Motion to Compel on February 19, 2008 at 10:00 a.m.

IT IS SO ORDERED.

DATED: 1/30, 2008

_____
HON. HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE