| | | |
|---|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>VERNON H. GRANNEMAN (SBN 083532) | *E-filed 3/19/08* |
| 2 |   Email:  vernon.granneman@pillsburylaw.com<br>DIANNE L. SWEENEY (SBN 187198) | |
| 3 |   Email:  dianne.sweeney@pillsburylaw.com<br>2475 Hanover Street | |
| 4 | Palo Alto, CA  94304-1114<br>Telephone: (650) 233-4500 | |
| 5 | Facsimile: (650) 233-4545 | |
| 6 | OPPENHEIMER WOLFF & DONNELLY LLP<br>GARY HANSEN (Admitted *Pro Hac Vice*) | |
| 7 |   Email:  ghansen@oppenheimer.com<br>HEATHER N. HOECKE (Admitted *Pro Hac Vice*) | |
| 8 |   Email:  hhoecke@oppenheimer.com<br>ADAM C. TRAMPE (Admitted *Pro Hac Vice*) | |
| 9 |   Email:  atrampe@oppenheimer.com<br>45 South Seventh Street, Suite 3300 | |
| 10 | Minneapolis, MN  55402<br>Telephone: (612) 607-7000 | |
| 11 | Facsimile: (612) 607-7100 | |
| 12 | Attorneys for Defendant and Cross-Complainant<br>Laserscope | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | DAVANZIA, S.L., a Spanish corporation, ) | Case No. C07 00247 JF |
| 17 | Plaintiff, ) | **ORDER DENYING** |
| 18 | vs.  ) | **LASERSCOPE'S MOTION FOR AN ORDER TO SHORTEN TIME TO ALLOW FOR THE HEARING OF** |
| 19 | LASERSCOPE, INC., a California ) corporation, and AMERICAN MEDICAL ) | **THE PROTECTIVE ORDER RE. MINNESOTA MOTION FILED BY** |
| 20 | SYSTEMS, INC., a Minnesota corporation, ) | **DAVANZIA** |
| 21 | Defendants.  ) | |
| 22 | ) | |
| 23 | LASERSCOPE, INC., a California ) corporation, and AMERICAN MEDICAL ) | |
| 24 | SYSTEMS, INC., a Minnesota corporation, ) | |
| 25 | Cross-Complainant.  ) | |
| 26 | vs.  ) | |
| 27 | DAVANZIA, S.L., a Spanish corporation, ) | |
| 28 | Cross-Defendant.  ) | |

701023186v1     - 1 -     [PROPOSED] ORDER GRANTING LASERSCOPE'S
MTN. FOR AN ORDER TO SHORTEN TIME
Case No. C07 00247 JF

1    Having considered the motion of Laserscope to shorten time for hearing on its
2    Motion for a Protective Order re. the Minnesota Motion filed by Davanzia and the
3    supporting declaration filed therewith, the court does not find sufficient good cause and
4    DENIES the motion to shorten time.

9    Dated: 3/19/08

10   The Honorable Howard R. Lloyd
11   United States Magistrate Judge