\*\*E-filed 3/19/08\*\*

1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill.frimel@dlapiper.com
2  MARGARET A. CRAWFORD (Bar No. 238205)
   maggie.crawford@dlapiper.com
3  DLA PIPER US LLP
   2000 University Avenue
4  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
5  Fax: 650.833.2001

6  Attorneys for Plaintiff
   DAVANZIA, S.L.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

| | |
|---|---|
| 11  DAVANZIA, S.L., a Spanish corporation, | CASE NO.  C 07-00247 JF |
| 12        Plaintiff, | **STIPULATION FOR CONTINUANCE OF TRIAL DATE AND <u>EMERGENCY</u> REQUEST FOR ORDER IN ACCORDANCE THEREWITH** |
| 13    v. | |
| 14  LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation | |
| 15 | |
| 16        Defendants. | |

17

18     It is hereby stipulated, by and between the parties to this action, through their respective

19  counsel of record, and pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, as follows:

20     WHEREAS, the trial in this matter is currently set for May 9, 2008;

21     WHEREAS, there are currently a large number of discovery disputes outstanding in this

22  matter;

23     WHEREAS, though the parties are meeting and conferring on the above-described

24  discovery disputes in an attempt to limit motion practice, they realistically anticipate that several

25  of those disputes will require the filing of motions by Davanzia, and Magistrate Judge Lloyd's

26  intervention, in order to be resolved;

27     WHEREAS, Davanzia will be filing a motion for leave to amend its complaint;

28

DLA PIPER US LLP
EAST PALO ALTO

PA\10542662.1

-1-
STIPULATION FOR CONTINUANCE OF TRIAL DATE AND <u>EMERGENCY</u> REQUEST
FOR ORDER IN ACCORDANCE THEREWITH; CASE NO. C 06-07342 RMW

1    WHEREAS, issues have developed with the timing of the above-described motions:
2    Davanzia is concerned that without a continuance the motions will need to be accompanied by
3    motions to shorten time, and heard on shortened time, in order to be ruled on, and complied with,
4    before the current trial date, and Laserscope is concerned that the motions cannot appropriately
5    and fairly be briefed and considered on those shortened schedules;

6    WHEREAS, efforts by the parties to settle this matter will be facilitated by the eventual
7    receipt of the Court's order on Davanzia's Motion for Partial Summary Judgment, filed on
8    January 10, 2008 and argued on February 15, 2008, and Laserscope's Motion for Summary
9    Judgment, filed on February 29, 2008 and to be argued on April 4, 2008, and the Court's
10   consideration of Davanzia's anticipated motion to amend the complaint.

11   WHEREAS, the parties have a discovery motion pending in the District Court of
12   Minnesota;

13   WHEREAS, the parties have a motion for a protective order pending before Magistrate
14   Judge Lloyd in this Court;

15   WHEREAS, there are currently two outstanding third party subpoenas to which the third
16   parties have not timely replied, and which therefore necessitate further efforts by the parties to
17   obtain compliance therewith, including possible additional motion practice;

18   WHEREAS, the parties agree that without a continuance of a minimum of sixty (60)
19   calendar days there may not be adequate time for the above-referenced issues in this case to be
20   adequately and timely addressed, or for the parties to prepare for trial in light of the decisions
21   issued with respect to pending motions and motions still to be filed;

22   IT IS HEREBY STIPULATED that the current May 9, 2008 trial date in this matter, and
23   all dates related thereto as referenced in Judge Fogel's Standing Order Re Pretrial Preparation,
24   should be vacated.

25   IT IS FURTHER STIPULATED that any new trial date in this matter should be set a
26   minimum of sixty (60) calendar days from May 9, 2008.

27   IT IS FURTHER STIPULATED that, rather than immediately setting an alternative trial
28   date, it would be preferable if the Court would set a Case Management Conference for May 2,

DLA PIPER US LLP
EAST PALO ALTO

PA\10542662.1
-2-
STIPULATION FOR CONTINUANCE OF TRIAL DATE AND EMERGENCY REQUEST
FOR ORDER IN ACCORDANCE THEREWITH; CASE NO. C 06-07342 RMW

2008 (when motions are likely to be scheduled for hearing), or any date thereafter that is convenient for the Court, during which conference the parties and the Court can discuss, and the Court can set, a new trial date.

    IT IS SO STIPULATED.

Dated: March 18, 2008

    DLA PIPER US LLP

    By /s/ William J. Frimel
        WILLIAM J. FRIMEL
        MARGARET A. CRAWFORD
        Attorneys for Plaintiff
        PACKETEER, INC.

Dated: March 18, 2008

    OPPENHEIMER WOLFF & DONNELLY LLP
    PILLSBURY WINTHROP SHAW PITTMAN LLP

    By /s. Gary Hansen
        GARY HANSEN
        HEATHER N. HOECKE
        VERNON H. GRANNEMAN
        DIANNE L. SWEENEY
        Attorneys for Defendants
        LASERSCOPE, INC. AND AMERICAN MEDICAL SYSTEMS, INC.

    IT IS HEREBY ORDERED that the foregoing stipulation is approved and adopted as an order of this court.

DATED: __3/19/08_____, 2008

    JUDGE JEREMY FOGEL,
    United States District Judge

-3-
PA\10542662.1   STIPULATION FOR CONTINUANCE OF TRIAL DATE AND EMERGENCY REQUEST FOR ORDER IN ACCORDANCE THEREWITH; CASE NO. C 06-07342 RMW