*E-filed 4/17/08*

1  WILLIAM J. FRIMEL (Bar No. 160287)
   bill.frimel@dlapiper.com
2  RAJIV DHARNIDHARKA (Bar No. 234756)
   rajiv.dharnidharka@dlapiper.com
3  MARGARET A. CRAWFORD (Bar No. 238205)
   maggie.crawford@dlapiper.com
4  DLA PIPER US LLP
   2000 University Avenue
5  East Palo Alto, CA 94303-2215
   Tel: 650.833.2000
6  Fax: 650.833.2001

7  Attorneys for Plaintiff
   DAVANZIA, S.L.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DAVANZIA, S.L., a Spanish corporation, Plaintiff, v. LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation Defendants. | CASE NO. C 07-00247 JF STIPULATION AND ORDER - *AS MODIFIED* - CONTINUING HEARING ON DISCOVERY MOTIONS (CURRENTLY SET FOR MAY 20, 2008) |
|---|---|

It is hereby stipulated, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS, on March 12, 2008, Laserscope filed a motion for protective order regarding the Minnesota motion Davanzia filed to compel discovery from non-party American Medical Systems, Inc. with an April 22, 2008 hearing date;

WHEREAS, on April 1, 2008, Davanzia filed a motion to compel Laserscope to produce certain documents and appear for continued deposition with a May 6, 2008 hearing date (which date was requested by Davanzia and agreed to by Laserscope);

WHEREAS, on April 8, 2008, Davanzia filed two additional motions to compel Laserscope to produce certain documents and to further respond to certain interrogatories with a

1  May 13, 2008 hearing date (which date was requested by Davanzia and agreed to by Laserscope);

2  WHEREAS, on April 11, 2008, the Court continued the hearing on Davanzia's three
3  pending motions to compel to May 20, 2008, with the briefing schedules remaining as originally
4  noticed;

5  WHEREAS, on April 15, 2008, the Court continued the hearing on Laserscope's motion
6  for protective order to May 20, 2008;

7  WHEREAS, counsel for Davanzia is not available on May 20, 2008 for a hearing on these
8  four discovery motions;

9  WHEREAS, counsel for Laserscope is not available on May 27, 2008 for a hearing on
10 these four discovery motions;

11 WHEREAS, counsel for both Laserscope and Davanzia are available on June 3, 2008 for
12 a hearing on these four discovery motions;

13 IT IS HEREBY STIPULATED that the May 20 hearing for the four pending discovery
14 motions be continued to **June 10, 2008 at 10:00am,** with briefing schedules remaining as
15 originally noticed.

16 IT IS SO STIPULATED.

17 Dated: April 16, 2008

DLA PIPER US LLP

By /s/ Rajiv Dharnidharka
WILLIAM J. FRIMEL
RAJIV DHARNIDHARKA
MARGARET A. CRAWFORD
Attorneys for Plaintiff
DAVANZIA, S.L.

| | |
|---|---|
| Dated: April 16, 2008 | OPPENHEIMER WOLFF & DONNELLY LLP<br>PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>By /s/ Gary Hansen<br>    GARY HANSEN<br>    HEATHER N. HOECKE<br>    VERNON H. GRANNEMAN<br>    DIANNE L. SWEENEY<br>    Attorneys for Defendant<br>    LASERSCOPE, INC. |

## ORDER

Pursuant to the above stipulation, it is ORDERED that the hearing be continued to June 10, 2008 at 10:00 a.m. in Courtroom 2, Fifth Floor of the United States District Court, San Jose.

The lead counsel are FURTHER ORDERED to meet and confer over the pending discovery issues. On May 30, 2008, the parties shall submit a joint status report. The report shall inform the court of any resolution of issues pertaining to these discovery motions. Furthermore, the report shall include declarations from lead counsel detailing the recent meet and confer efforts. The court will consider issuing sanctions if it appears that either party has not met its obligation under the Civil Local Rules to meet and confer.

Date: 4/17/08

_____
HOWARD R. LLOYD
United States Magistrate Judge