**E-Filed 04/18/08**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVANZIA, S.L., | Case Number C 07-0247 JF (HRL) |
| Plaintiff, | ORDER[1] REQUESTING SUPPLEMENTAL BRIEFING |
| v. | |
| LASERSCOPE, INC., et al., | |
| Defendants. | |

Good cause appearing, the Court requests that the parties submit supplemental briefing regarding the application of Cal. Com. Code §§ 2-713 and 2-719(2) to the instant case.

IT IS SO ORDERED.

DATED:  April 18, 2008

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 07-0247 JF (HRL)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFEX2)

This Order has been served upon the following persons:

<u>Counsel for Plaintiff</u>

William Frimel
*DLA Piper US LLP*
bill.frimel@dlapiper.com

Margaret Anne Crawford
*DLA Piper US LLP*
maggie.crawford@dlapiper.com

Rajiv Sajjan Dharnidharka
*DLA Piper US LLP*
rajiv.dharnidharka@dlapiper.com

<u>Counsel for Defendant</u>

Vernon H. Granneman
*Pillsbury Winthrop Shaw Pittman LLP*
vernon.granneman@pillsburylaw.com

Dianne L. Sweeney
*Pillsbury Winthrop Shaw Pittman LLP*
dianne@pillsburylaw.com

Gary Hansen
*Oppenheimer Wolff & Donnelly LLP*
ghansen@oppenheimer.com

Heather N. Hoecke
*Oppenheimer Wolff & Donnelly LLP*
hhoecke@oppenheimer.com

Adam C. Trampe
*Oppenheimer Wolff & Donnelly LLP*
atrampe@oppenheimer.com