| | |
|---|---|
| WILLIAM J. FRIMEL (SBN 160287)<br>bill.frimel@dlapiper.com<br>RAJIV DHARNIDHARKA (SBN 234756)<br>rajiv.dharnidharka@dlapiper.com<br>MARGARET CRAWFORD (SBN 238205)<br>maggie.crawford@dlapiper.com<br>**DLA PIPER US LLP**<br>2000 University Avenue<br>East Palo Alto, CA 94303-2215<br>Tel: 650.833.2000<br>Fax: 650.833.2001<br><br>Attorneys for Plaintiff<br>DAVANZIA, S.L. | VERNON H. GRANNEMAN (SBN 083532)<br>vernon.granneman@pillsburylaw.com<br>DIANNE L. SWEENEY (SBN 187198)<br>dianne.sweeney@pillsburylaw.com<br>**PILLSBURY WINTHROP SHAW PITTMAN LLP**<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>Tel: 650.233.4500<br>Fax: 650.233.4545<br><br>GARY HANSEN (Admitted *Pro Hac Vice*)<br>ghansen@oppenheimer.com<br>HEATHER HOECKE (Admitted *Pro Hac Vice*)<br>hhoecke@oppenheimer.com<br>ADAM C. TRAMPE (Admitted *Pro Hac Vice*)<br>atrampe@oppenheimer.com<br>**OPPENHEIMER WOLFF & DONNELLY LLP**<br>45 South Seventh Street, Suite 330<br>Minneapolis, MN 55402<br>Tel: 612.607.7000<br>Fax: 612.607-7100<br><br>Attorneys for Defendant<br>LASERSCOPE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| DAVANZIA, S.L., a Spanish corporation,<br><br>Plaintiff,<br><br>v.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>Defendants.<br><br>LASERSCOPE, INC., a California corporation, and AMERICAN MEDICAL SYSTEMS, INC., a Minnesota corporation,<br><br>Cross-Complainants,<br><br>v.<br><br>DAVANZIA, S.L., a Spanish corporation,<br><br>Cross-Defendant. | CASE NO. C 07-00247 JF<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br>Judge: The Honorable Jeremy Fogel |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21453442.1
363655-000001

-1-

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1) / CASE NO. C 07-00247 JF

1  The undersigned parties, through their respective counsel of record, HEREBY
2  STIPULATE as follows:
3  WHEREAS Plaintiff/Counterdefendant Davanzia, S.L. ("Davanzia"), on the one hand,
4  and Defendant/Counterclaimant Laserscope, Inc. ("Laserscope"), on the other hand (collectively,
5  the "Parties") entered into a written Settlement Agreement and Mutual Release ("Settlement
6  Agreement") with respect to this action;
7  WHEREAS, pursuant to the terms of the Settlement Agreement, Davanzia and
8  Laserscope agreed to dismiss their operative complaint and counterclaims, respectively, in this
9  action; and
10  WHEREAS, pursuant to the terms of the Settlement Agreement, the Parties have agreed
11  to bear their own attorneys' fees and costs in this action;
12  THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a), the Parties hereby
13  stipulate, by and through counsel, to the dismissal with prejudice of the entirety of this action.
14  Each party shall bear its own costs and attorneys' fees.
15  IT IS SO STIPULATED.

16  Dated: July 9, 2008          DLA PIPER US LLP

18                                By _____
                                   WILLIAM J. FRIMEL
19                                 Attorneys for Plaintiff
                                   DAVANZIA, S.L.

20  Dated: July 9, 2008          PILLSBURY WINTHROP SHAW PITTMAN LLP

22                                By _____
                                   DIANNE L. SWEENEY
23                                 Attorneys for Defendant
                                   LASERSCOPE

25  ///
26  ///
27  ///
28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21453442.1
363655-000001

-2-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE
ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1) / CASE NO. C 07-00247 JF

1     The Parties having so stipulated and good cause appearing therefor,

## ORDER

IT IS HEREBY ORDERED THAT this action is hereby dismissed with prejudice in its entirety.

IT IS FURTHER ORDERED THAT this Court shall retain jurisdiction to enforce the terms of the settlement pursuant to the Settlement Agreement, including but not limited to jurisdiction over disputes arising out of the Settlement Agreement.

IT IS FURTHER ORDERED THAT the Parties shall bear their own respective attorneys' fees and costs in this action.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 11, 2008

_____
THE HONORABLE JEREMY FOGEL
United States District Court Judge

DLA PIPER US LLP
EAST PALO ALTO

WEST\21453442.1
363655-000001

-3-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(A)(1) / CASE NO. C 07-00247 JF